502(8/08)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

F I L E D

4/27/11

U.S. Bankruptcy Court
Western District of Missouri

In Re:  Ernestine Mary Robles BELOW MED
                Debtor(s)

Case No.: 11−50110−jwv13

## ORDER CONFIRMING CHAPTER 13 PLAN
## AS FILED OR AMENDED ON OR ABOUT 2/23/11 and 3/31/11

The court finds that the amended Chapter 13 plan complies with the requirements of 11 U.S.C. § 1322(a), 1322 (b), 1323(c) and 1325(a) pursuant to 11 U.S.C. § 1329. It is therefore
    ORDERED, ADJUDGED and DECREED:
1. The plan is confirmed as amended.
2. The debtor or any entity from which the debtor receives income shall pay to the trustee according to the terms of the plan which shall not exceed 5 years. Payments shall continue until further order of this court. The trustee may cause a wage order to be issued to the debtor's employer. 11 U.S.C.§ 1322(a)(1), 1322(d), and 1325(c). Local Rule 3083−1G.
3. Payments to all creditors shall be made according to the terms of the plan, Local Rules of this Court, the trustee's notice to allow claims, the trustee's notice to allow additional or amended claims, and further orders of the court. The trustee shall only make payments to creditors with filed and allowed claims. 11 U.S.C. § 1326(c), Local Rule 3084−1, and Local Rule 3085−1.
4. Priority claimants shall be paid in full pursuant to 11 U.S.C. § 1322(a)(2).
5. The trustee shall be paid in full pursuant to 11 U.S.C. § 503(b), 1326(b)(2) and 28 U.S.C. § 586(e)(1)(A) and (B).
6. For cases filed on or before October 16, 2005, the debtor shall devote to the plan all disposable income during the first 36 months after the first payment is due under the plan unless the debtor pays 100 percent to all filed and allowed claimants. Regardless of when the case was filed the debtor shall report to the standing trustee any events affecting disposable income, including but not limited to: changes in income, tax refunds, inheritances, prizes, lawsuits, gifts, etc., which are received or receivable during the pendency of the case.
7. The debtor shall not incur any additional debts while this case is open without prior approval of the court except those which may be necessary in an emergency for the protection and preservation of life, health, or property. The trustee may grant borrowing requests pursuant to Local Rule 3088−1.
8. Until the case is closed, the debtor is enjoined and prohibited from selling, encumbering, or in any manner disposing of assets without the prior order of the court except as may be required in the course of the debtor's business if the debtor is engaged in business. The debtor may, without court order, sell unencumbered property which has not had a lien avoided as part of this proceeding with a fair market value less than $2,500.00 so long as, within 10 days of the sale, the debtor files with the court an accounting of said sale.
9. Title to the property of the estate vests in the debtor(s) or as specified in the plan. 11 U.S.C. § 1327(b).
10. Confirmed plans may be amended pursuant to 11 U.S.C. § 1329 and may be amended to comply with 11 U.S.C. § 1322(d).
11. Funds paid into the trustee's office in a confirmed plan prior to the case being dismissed or converted shall be distributed pursuant to the confirmed plan and this confirmation order.

Dated: 4/27/11

    /s/  Jerry W. Venters
    UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Missouri

In re:                                                                          Case No. 11-50110-jwv
Ernestine Mary Robles                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0866-5           User: hardend              Page 1 of 2              Date Rcvd: Apr 27, 2011
                               Form ID: 502               Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2011.
```
db          +Ernestine Mary Robles,    2612 NW 80th St.,    Kansas City, MO 64151-3758
13864365    +Allied Interstate,    3000 Corporate Exchange Drive,,    Fifth Floor,    Columbus OH 43231-7689
13933561    +BACK BOWL I LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
13864366    +Bank Of America,    Po Box 17054,    Wilmington DE 19850-7054
13864367     Bass & Associates,    3936 East Fort Lowell Road,    Suite 200,    Tucson AZ 85712-1083
13864368    +Chase,    Po Box 15298,    Wilmington DE 19850-5298
13928723     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13914099    +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
13864369    +Credit First,    Po Box 818011,    Cleveland OH 44181-8011
13931674    +Credit First National Association,    Po Box 818011,    Cleveland, OH 44181-8011
13876900    +Department Stores National Bank/Macy's,    Bankruptcy Processing,    PO Box 8053,
              Mason, OH 45040-8053
13925846    +FIA Card Services, NA as successor in interest to,    Bank of America NA and MBNA America Bank,
              1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
13872262     GE Money Bank,    c/o B-Line, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13864371    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/rhode,     Po Box 15524,    Wilmington DE 19850-0000)
13864372    +Internal Revenue Service,    P.O. Box 21125,    Philadelphia PA 19114-0325
13864374    +Macys/fdsb,    Attn: Bankruptcy,    Po Box 8053,    Mason OH 45040-8053
13864375     Missouri Department of Revenue,    P.O. Box 3370,    Saint Louis MO 63105-0000
13943928    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 12914,
              Norfolk VA 23541)
13864376    +Sears/cbsd,    Po Box 6189,    Sioux Falls SD 57117-6189
13879864    +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
13864377    +Tnb-visa,    Po Box 560284,    Dallas TX 75356-0284
13864378    +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City MO 64195-0507
13864379    +Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Jacksonville FL 32256-6851
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: ecfnotices@dor.mo.gov Apr 27 2011 20:09:47      Missouri Department of Revenue,
              General Counsel's Office,    PO Box 475,    Jefferson City, MO  65105-0475
13876198    +E-mail/Text: bankruptcynotice@1stmidamerica.org Apr 27 2011 20:09:43
              1st MidAmerica Credit Union,    PO Box 210,    Bethalto, IL 62010-0210
13864364    +E-mail/Text: bankruptcynotice@1stmidamerica.org Apr 27 2011 20:09:43
              1st Midamerica Credit Union,    731 E Bthalto Dr,    Bethalto IL 62010-1872
13864370    +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2011 22:04:07      Gemb/jcp,    Attention: Bankruptcy,
              Po Box 103104,    Roswell GA 30076-9104
13864373    +E-mail/PDF: cr-bankruptcy@kohls.com Apr 27 2011 22:01:28      Kohls,    Attn: Recovery Dept,
              Po Box 3120,    Milwaukee WI 53201-3120
                                                                                              TOTAL: 5
```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0866-5          User: hardend            Page 2 of 2              Date Rcvd: Apr 27, 2011
                              Form ID: 502             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2011**                          **Signature:**   *Joseph Speetjens*